Woods, G

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER BRUNO GANTER,

    Plaintiff,

-against-

LOCKERBLOGGER, INC., STEVEN RIMLAND, MICHEL MAITENAZ, and ICHANNEL MEDIA, LLC,

    Defendants.

Case No.: 14-cv-5190 (GHW)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all of the parties hereto, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

**CITTONE & CHINTA LLP**

_Alexandra Arneri_
Alexandra Arneri, Esq.
Henry J. Cittone, Esq.
Counsel for Plaintiff
11 Broadway, Suite 615
New York, NY 10004

Dated: March 10, 2015

**SERRINS FISHER LLP**

_/s/_
Alan Serrins, Esq.
Michael Taubenfeld, Esq.
Counsel for Defendants
233 Broadway, Suite 2340
New York, NY 10279

Dated: 3/11/15

~~So Ordered~~: The parties have stipulated to a dismissal with prejudice under Rule 41(a)(1)(A)(ii).

_/s/ Gregory H. Woods_
Hon. Gregory H. Woods, U.S.D.J.

Dated: March 11, 2015
New York, New York

15